

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00436-CV
_____

ESPERANZA HERRERA AND ALFREDO RAMIREZ, APPELLANTS

V.

JORGE TORRES AND TEMPLO BAUTISTA DAMASCO
D/B/A TEMPLO DAMASCO, APPELLEES

On Appeal from the 287th District Court
Parmer County, Texas
Trial Court No. 11,246, Honorable Gordon H. Green, Presiding

January 22, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, Esperanza Herrera and Alfredo Ramirez, filed a notice of appeal in the above referenced cause without paying the requisite filing fee. By letter of December 23, 2019, the clerk of this court notified appellants that unless they were excused from paying costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by January 2, 2020, would result in dismissal of the appeal. To date, appellants have not paid the filing fee, communicated to the clerk that they are presumed indigent under Rule 20.1, or sought leave to proceed without the payment of costs. TEX. R. APP. P. 20.1.

Because appellants failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam